IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANETIRONY CLERVRAIN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 3:22-CV-813-M-BH |
| ) | |
| VALERIE VAN VLACK, et al., ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Motion for Settlement Agreement(s) Against Secretive Criminals by Inkoking* [sic] *the National Regulatory Treaties Act ("NITRA")*, the *Motion for ["Manifest Injustice Act"] (MIA) or ["Electronic Filling Act"] Opposition(s) by Secure Academic Resources Technology Act ("SARTA")*, and the *Motion for ["Opposition(s)"] or ["Criminal Intent(s)"] and/or ["Malicious"] Against Freedom of Speech(s)* [sic]*, by the ANT(s) Freedom Act ("TAFA")*, received on April 11, 2022 (docs. 4-6), are **DENIED**. By separate judgment, the *Complaint for Violation of Civil Rights*, received on April 11, 2022 (doc. 2), will be **DISMISSED** without prejudice for improper venue.

**SIGNED this 13th day of May, 2022.**

BARBARA M. G. LYNN
CHIEF JUDGE